UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. | 8:23-cv-01562-CJC-ADS |
| Date | October 18, 2023 |
| Title | Paul Sapan v. Vantage Acceptance, Inc. |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Rolls Royce Paschal
Deputy Clerk

None Reported
Court Reporter / Recorder

Tape No.

Attorneys Present for Plaintiffs:
None Present

Attorneys Present for Defendants:
None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

The Court, having been advised by the plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [10], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

_ _ : _ _

Initials of Deputy Clerk    rrp